## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**v.**                             **No. 4:21-CR-00035-JM**

**JEFFREY JAMES JOHNSON**

### ORDER

Defendant's Motion for Relief (Doc. No. 50) is GRANTED IN PART and DENIED IN PART.

The motion is granted to the extent that Amendment 821 reduces Defendant's criminal history score from 13 to 12, resulting in a criminal history category of V.

The motion is denied to the extent that Defendant seeks a sentence reduction.  The effects of Amendment 821 were considered when the sentence was imposed.

IT IS SO ORDERED this 23rd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE